UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CR.S-11-00476 LKK |
| v. | ) | |
| | ) | |
| JASEN LYNN DUSHANE | ) | |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
    (X) Ad Prosequendum                          () Ad Testificandum

Name of Detainee:            JASEN LYNN DUSHANE
Detained at (custodian):    Northern Nevada Correctional Center

Detainee is:        a.)    (X) charged in this district by: (X) Indictment () Information () Complaint
                                   charging detainee with: Possession of Stolen U.S. Mail, Possession of more than 15
                                   unauthorized Access Devices, and Aggravated Identity Theft
        or    b.)    () a witness not otherwise available by ordinary process of the Court

Detainee will:    a.)    () return to the custody of detaining facility upon termination of proceedings
        or    b.)    (X) be retained in federal custody until final disposition of federal charges

*Appearance is necessary* **FORTHWITH** *in the Eastern District of California.*

Signature:                      /s/ Jared C. Dolan
Printed Name & Phone No:    Jared C. Dolan (916) 554-2767
Attorney of Record for:          United States of America

## WRIT OF HABEAS CORPUS
    (X) Ad Prosequendum                          () Ad Testificandum

       The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, **FORTHWITH**, before an Honorable Magistrate Judge, 501 I Street, 8th Floor, Sacramento, California, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Date: March 14, 2012

                                                                            United States Magistrate Judge

---

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if applicable): | | Sex: | Male |
| Booking or CDC #: | #1077589 | DOB: | 08/05/1975 |
| Facility Address: | 5500 Snyder Avenue | Race: | |
| | Carson City, Nevada 89702 | FBI #: | |
| Facility Phone: | (775)887-3284 | | |
| Currently Incarcerated For: | Felony | | |

---

## RETURN OF SERVICE

Executed on    _____    By: _____
                                                                           (Signature)