```
Robert M. Holley
Attorney at Law
State Bar No. 50769
331 J Street, Suite 200
Sacramento, California 95814
Telephone:  (916) 443-2213

Counsel for JASEN LYNN DUSHANE
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR.S-11-cr-476 LKK |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER CONTINUING |
| ) | STATUS CONFERENCE; EXCLUSION OF |
| v. ) | TIME |
| ) | |
| JASEN LYNN DUSHANE, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**REASONS FOR STIPULATION**

The parties hereto agree that the case is complex with over 1200 pages of discovery and that the investigation and discovery process is ongoing.  This stipulation is offered for the purpose of insuring adequate time for defense preparation for pretrial motions and trial.

*/s/ Robert M. Holley*
_____
Robert M. Holley
Counsel for Mr. Dushane

**STIPULATION**

For the reasons set forth above, the parties hereto, by and through their respective undersigned counsel do hereby stipulate that the Status Conference presently scheduled for July 17, 1212 at 9:15 a.m. may be continued without appearance to **September 11, 1212 at 9:15 a.m.** The parties further stipulate that all time included in this continuance be excluded under the Speedy Trial Act, pursuant to 18 U.S.C. Section 3161(h)(7)(B)(iv)(Local Code T4) (counsel's need to prepare). It is further stipulated that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. Section 3161(h)(7)(A).

**Dated: July 13, 2012**

/s/ *Mr. Jared C. Dolan, Esq.* **(by RMH)**
_____
**Mr. Jared C. Dolan, Esq.**
**Assistant United States Attorney**
**Counsel the United States**

/s/ *Mr. Robert M. Holley, Esq.*
_____
**MR. ROBERT M. HOLLEY, Esq.**
**Counsel for Mr. Dushane**

**ORDER**

**GOOD CAUSE APPEARING,** the above calendaring change for status conference as set forth and stipulated above, with the stipulated exclusion of time under the Federal Speedy Trial Act, **IS SO ORDERED.**

2

1  The Court further finds that the interests of justice served by
2  granting this continuance outweigh the best interests of the public and
3  the defendant in a speedy trial.  18 U.S.C. Section 3161(h)(7)(A).
4
5  **Dated: July 13, 2012**
6
7  _____
    LAWRENCE K. KARLTON
8   SENIOR JUDGE
    UNITED STATES DISTRICT COURT