Robert M. Holley
Attorney at Law
State Bar No. 50769
331 J Street, Ste. 200
Sacramento, California 95814

counsel for JASEN LYNN DUSHANE

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. Cr.S-11-cr-476 LKK |
| Plaintiff, | ) ) | **STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER** |
| v. | ) ) | |
| JASON LYNN DUSHANE | ) ) | |
| Defendant. | ) ) ) | |

   Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

   1.   By previous order, this matter was set for status on November 14, 2012 at 9:15 a.m.

   2.   By this stipulation, defendant now moves to continue the status conference until **January 23, 2013 at 9:15 a.m.** and to exclude time between **November 14, 2012 and January 23, 2013** under Local Code T4.  Plaintiff does not oppose this request.

   3.   The parties agree and stipulate, and request that the Court find the following:

   a.   The government has represented that the discovery associated with this case includes in excess of 1200

1 pages of reports and other documentary evidence. All of
2 this discovery which the government has in its
3 possession to date has been either produced directly to
4 counsel and/or made available for inspection and
5 copying.
6   b.  Counsel for defendant desires additional time to
7 consult with his client, to review the current charges,
8 to conduct investigation and research related to the
9 charges, to review and copy discovery for this matter,
10 to discuss potential resolutions with his client, to
11 prepare pretrial motions, and to otherwise prepare for
12 trial.
13   c.  Counsel for defendant believes that failure to grant
14 the above-requested continuance would deny him the
15 reasonable time necessary for effective preparation,
16 taking into account the exercise of due diligence.
17   d.  The government does not object to the continuance.
18   e.  Based on the above-stated findings, the ends of justice
19 served by continuing the case as requested outweigh the
20 interest of the public and the defendant in a trial
21 within the original date prescribed by the Speedy Trial
22 Act.
23   f.  For the purpose of computing time under the Speedy
24 Trial Act, 18 U.S.C. § 3161, et seq., within which
25 trial must commence, the time period of **November 14,**
26 **2012 and January 23, 2013** , inclusive, is deemed

2

excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

**IT IS SO STIPULATED.**

**DATED:    November 9, 2012.**

/s/ Mr. Jared C. Dolan, Esq. (by RMH)
with approval of Mr. Stephen Lapham

**Mr. Jared C. Dolan, Esq.
Assistant United States Attorney**

**DATED:    November 9, 2012.**

/s/ Mr. Robert M. Holley
**Mr. Robert M. Holley
Counsel for Defendant Dushane**

O R D E R

IT IS SO FOUND AND ORDERED this 13th day of November, 2012.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

3