**Robert M. Holley**
**Attorney at Law**
**State Bar No. 50769**
**331 J Street, Ste. 200**
**Sacramento, California 95814**

**counsel for JASEN LYNN DUSHANE**

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** <br> **Plaintiff,** <br> **v.** <br> **JASON LYNN DUSHANE** <br> **Defendant.** | ) | **Case No. Cr.S-11-cr-476 LKK** <br><br> **STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT;FINDINGS AND ORDER** |

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on January 23, 2013 at 9:15 a.m.

2. By this stipulation, defendant now moves to continue the status conference to **Tuesday, February 26, 2013 at 9:15 a.m.** and to exclude time from January 23, 2013 up to and including February 26, 2013 under Local Code T4. Plaintiff does not oppose this request.

3. The parties agree, stipulate, and request that the Court find the following:

a. The discovery associated with this case includes in

excess of 2000 pages of reports and other documentary evidence. All of this discovery which the government has in its possession to date has been either produced directly to counsel and/or made available for inspection and copying.

b. The defense is actively investigating particular circumstances in this case which require travel to various areas located in California and Nevada. And additional time is necessary both for investigation and preparation for trial and possible negotiation of plea. Counsel for Mr. Dushane believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

c. The government does not object to the continuance.

d. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of, **January 23, 2013 up to and including February 26, 2013 inclusive,** is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results

from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

**IT IS SO STIPULATED.**

**DATED: January 18, 2013**

***/s/ Mr. Jared C. Dolan, Esq. (by RMH)***
**Mr. Jared C. Dolan, Esq.**
**Assistant United States Attorney**

**DATED: January 18, 2013**

***/s/ Mr. Robert M. Holley***
**Mr. Robert M. Holley**
**Counsel for Defendant Dushane**

**O R D E R**

**IT IS SO FOUND AND ORDERED this 23rd day of January,2013.**

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT