UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

             Plaintiff,

    v.

JASEN L. DUSHANE,

             Defendant.

            NO. CR. S-11-476 LKK

            O R D E R

_____/

    The court is in receipt of various documents labeled by the pro per defendant as motions.

    Certain of the requests ( e.g.  showering) are not within the scope of the criminal case and require a separate lawsuit. Moreover, the documents do not demonstrate a proof of service as to various entities that the defendant's motion are apparently directed towards. The court cannot consider motions which have not been properly served, and accordingly, any consideration is deferred until receipt of proof.  The United States, however, acknowledged that it had actual notice and therefor could respond to those motions directed to it. Nonetheless, since the motion for

1 | a Bill of Particulars failed to specify what was sought, the United
2 | States indicated that they could not respond. The defendant was so
3 | informed and indicated that he had not understood the need for
4 | particularity.  The court assumes that if he needs a Bill he will
5 | file an amended motion.
6 |     The one exception is the request that the Marshal inform the
7 | Sacramento County Jail of defendant's pro per status. The court has
8 | called the Marshal who will inform the jail of the defendant's
9 | status, so as to insure that he obtains such entrance to the law
10 | library as any other pro per.
11 |     IT IS SO ORDERED.
12 |     DATED: March 11, 2013.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT