Jasen L. Du Shane
651 "I" Street
Sacramento, California 95814

In Pro Se

**FILED**
AUG 0 9 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:11-CR-476 TLN |
| Plaintiff, | |
| v. | [~~PROPOSED~~] ORDER |
| JASEN LYNN DU SHANE, | |
| Defendant. | |

## ORDER

IT IS SO ORDERED that the "Ex Parte Requests for Orders Authorizing Subpoena Duces Tecum pursuant to F.R.Crim.P. 17(c)," be filed under seal pursuant to Federal Rule of Criminal Procedure 49.1(d) and Local Rule 141.

Dated: August 8, 2013

_____
Honorable Kendall J. Newman
U.S. Magistrate Judge