UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JASEN LYNN DU SHANE,<br><br>Defendant. | No. 2:11-CR-476 TLN<br><br>**ORDER DENYING DEFENDANT'S MOTION FOR RECONSIDERATION OF JUDGMENT OF ACQUITTAL OF COUNTS 2 AND 3 OF THE INDICTMENT** |

On September 3, 2013, a jury found Defendant Jasen Du Shane ("Defendant") guilty of one count of possession of stolen mail, one count of access device fraud, and one count of aggravated identity theft. (ECF No. 236). Defendant moved this Court for a judgment of acquittal for Counts Two and Three. (ECF No. 230.) The Court denied Defendant's motion. (ECF No. 241.) On February 6, 2014, Defendant filed a Motion for Reconsideration of Defendant's previous motion for acquittal on Counts Two and Three of the Indictment. (ECF No. 278.)

Federal Rule of Criminal Procedure 18 and Local Rule 430.1 provide that a party moving for reconsideration must set forth "what new or different facts or circumstances are claimed to exist that did not exist or were not shown upon such prior motion or what other grounds exist for the motion." Although Defendant alleges new facts in his motion, what he provides the Court is merely transcript testimony that was offered at trial and considered by the Court in denying

Defendant's previous motion (*See* ECF No. 230; Order Denying Mot., ECF No. 241). Thus, Defendant has not offered any new evidence, and the Court hereby incorporates the reasoning presented in its previous order. (*See* ECF No. 241.)

For the foregoing reasons, Defendant's Motion for Reconsideration (ECF No. 278) is hereby **DENIED**.

**IT IS SO ORDERED.**

Dated: February 14, 2014

Troy L. Nunley
United States District Judge