DAVID D. FISCHER, SBN 224900
LAW OFFICES OF DAVID D. FISCHER, APC
1007 7th Street, Suite 100
Sacramento, CA 95814
Telephone: (916) 447-8600
Fax: (916) 930-6482
E-Mail: davefischer@yahoo.com

Standby Counsel for Defendant
JASEN DUSHANE

# IN THE UNITED STATES OF DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JASEN DUSHANE,<br><br>Defendant. | No. 2:11-cr-00476 TLN<br><br>MOTION TO BE RELIEVED AS STANDBY COUNSEL; **ORDER** |

    I was appointed as standby counsel for Jasen Dushane. Mr. Dushane was sentenced on May 1, 2014. As my duties in this matter are now complete, I request that the court allow me to withdraw as standby counsel.

    Dated: May 7, 2014

                                              /s/ David D. Fischer
                                              DAVID D. FISCHER
                                              Standby Counsel for Defendant
                                              JASEN DUSHANE

1     **IT IS SO ORDERED.**

3 Dated: May 8, 2014

                                                      Troy L. Nunley
                                                      United States District Judge