UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 11-cr-00476 TNL |
| Plaintiff, | |
| v. | **ORDER DENYING DEFENDANT'S MOTION FOR RECONSIDERATION** |
| JASEN DU SHANE, | |
| Defendant. | |

Defendant Jasen Du Shane ("Defendant") moves this Court for clarification of its Order (ECF No. 256) denying Defendant's motion for return of property.  (*See* Mot. for Clarification, ECF No. 344.)  In his motion, Defendant requests that this Court clarify that its previous ruling did not make a final finding as to whether the funds or any or part of such funds should be returned.  For once, Defendant's understanding of this Court's order is correct.

In denying Defendant's previous motion, the Court noted that the money seized from Defendant constituted evidence seized by the Nevada County Sheriff's Office in connection with the prosecution of Defendant in the Nevada County Superior Court.  The U.S. Postal Inspection Service merely checked that evidence out of the Sheriff's Office in connection with the federal investigation, with the intent of returning that property to the Sheriff's Office for appropriate disposition.  Thus, this Court reasoned that the Superior Court should determine the disposition of the money.  Moreover, the Nevada County Superior Court imposed fines on Defendant totaling

$3,300, and this Court is not aware as to whether such fines have been paid by Defendant. Therefore, the Nevada County Superior Court may have a cognizable claim of right to possession of the money that is adverse to Defendant given that the amount of outstanding fines appears to exceed the money at issue here. Accordingly, this Court denied Defendant's motion in order to allow the Nevada County Superior Court to determine this issue.

**IT IS SO ORDERED.**

Dated: February 12, 2015

_____
Troy L. Nunley
United States District Judge