

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

**PRO HAC VICE APPLICATION, ECF REGISTRATION AND CONSENT TO ELECTRONIC SERVICE, ORDER**

UNITED STATES OF AMERICA,

    Respondent,

v.          Case No. 2:11-cr-00476-TLN-CKD

JASEN LYNN DUSHANE,

    Movant.

I, __Jeffrey M. Brandt__, attorney for __Jasen Lynn DuShane__, hereby petition for admission to practice Pro Hac Vice under the provision of Local Rule 180(b)(2). I understand and consent to ECF Registration and Electronic Service as detailed below and I have submitted payment in the amount of $200.00 to the Clerk, U.S. District Court. In support of this petition, I state under penalty of perjury that:

 My business address is:

| | |
|---|---|
| Firm Name: | Robinson & Brandt, P.S.C. |
| Address: | 629 Main Street |
| | Suite B |
| City: | Covington, KY 41011 |
| State: | KY ZIP Code: 41011 |
| Voice Phone: | (859) 581-7777 |
| FAX Phone: | (859) 581-5777 |
| Internet E-mail: | jmbrandt@robinsonbrandt.com |
| Additional E-mail: | assistant@robinsonbrandt.com |
| I reside in City: | Crestview Hills State: KY |

I was admitted to practice in the Commonwealth of Kentucky (court) on 18 October 1996 (date). I am presently in good standing and eligible to practice in said court. A certificate of good standing from the court in my state of primary practice is attached to this application. I am not currently suspended or disbarred in any other court.

I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.) n/a                                                                                                                                               .

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the court's ECF system:

Name: Dwight Samuel

Firm Name: Law Office of Dwight Samuel

Address: 117 J Street

Suite 202

City: Sacramento

State: CA  ZIP Code: 95814

Voice Phone: (916) 447-1193

FAX Phone: (          )                                                                                        

E-mail: dwightsamuelatty@yahoo.com

Dated: 8 September 2017   Petitioner: /s/ Jeffrey M. Brandt

**ORDER**

IT IS SO ORDERED.

Dated: September 11, 2017

Troy L. Nunley
United States District Judge