UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JASEN DU SHANE et al.,<br><br>Defendants. | No. 2:11-cr-00476-TLN-CKD P<br><br><br><br>ORDER |

Defendant Jasen Du Shane ("Defendant") filed what he denominates as a "Motion to Enforce Order." (ECF No. 356.) He seeks to "enforce" this Court's Order, dated December 9, 2013 ("the December 2013 Order," ECF No. 256). The Court has carefully reviewed Defendant's submission. For the reasons set forth below, Defendant's motion is DENIED.

In the December 2013 Order, the Court denied Defendant's request that this Court order the return of $1,380 ("the Funds") seized during a search incident to his arrest on June 5, 2011, by deputies of the Nevada County Sheriff's Office. (ECF No. 256.) Defendant subsequently filed a motion for reconsideration relating to the December 2013 Order. (ECF No. 261.) That motion was denied. (ECF No. 272.) Afterward, Defendant filed a motion for clarification relating to the December 2013 Order. (ECF No. 344.) On February 13, 2015, the Court issued an order in response that provided in pertinent part as follows:

/ / /

/ / /

1

> In denying Defendant's previous motion, the Court noted that the money seized from Defendant constituted evidence seized by the Nevada County Sheriff's Office in connection with the prosecution of Defendant in the Nevada County Superior Court. The U.S. Postal Inspection Service merely checked that evidence out of the Sheriff's Office in connection with the federal investigation, with the intent of returning that property to the Sheriff's Office for appropriate disposition. Thus, this Court reasoned that the Superior Court should determine the disposition of the money. Moreover, the Nevada County Superior Court imposed fines on Defendant totaling $3,300, and this Court is not aware as to whether such fines have been paid by Defendant. Therefore, the Nevada County Superior Court may have a cognizable claim of right to possession of the money that is adverse to Defendant given that the amount of outstanding fines appears to exceed the money at issue here. Accordingly, this Court denied Defendant's motion in order to allow the Nevada County Superior Court to determine this issue.

("the February 2015 Order," ECF No. 347 at 1–2.)

In connection with the instant motion, Defendant has submitted what seems to be a transcript ("the Transcript") of a hearing conducted on November 14, 2014 ("the November 2014 Hearing"), before the Honorable Thomas M. Anderson, Judge of the Superior Court of the State of California, in and for the County of Nevada ("Nevada County Superior Court"), along with a letter, dated November 15, 2014 ("the Letter") purportedly from Defendant's attorney in that proceeding. (ECF No. 356 at 2–5.) The Court understands Defendant to be asserting that the November 2014 Hearing relates to the Funds. The Court will assume its understanding is true. Further, the Court will assume for purposes of the instant motion that the Transcripts and the Letter are true and correct copies of what Defendant claims they are.

Having carefully reviewed Defendant's submission, the Nevada County Superior Court appears to have denied a motion to return relating to the Funds. However, the Transcripts do not show that the Nevada County Superior Court ordered the return of the Funds or that they are available for restitution in the instant action. To the contrary, the Nevada County Superior Court indicated as follows: "[E]ven if the Nevada County Sheriff and the Superior Court did not have cognizable claims against the money the *Defendant would not be owed a refund* due to the special assessments all previously imposed." (ECF No. 356 at 4 (emphasis added).) Thus, there is nothing for this Court to enforce. Likewise, Defendant has not shown that it would be proper for this Court to order the United States Government to locate the Funds. Accordingly, the instant

motion will be denied.

For the reasons set forth above, Defendant's Motion to Enforce Order (ECF No. 356) is hereby DENIED.

IT IS SO ORDERED.

Dated: August 29, 2018

Troy L. Nunley
United States District Judge