UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASEN LYNN DUSHANE,<br><br>Movant,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Respondent. | No. 2:11-cr-00476-TLN-CKD<br><br>**ORDER** |

Movant, a federal prisoner proceeding *pro se*, has filed a Rule 60(b) motion to vacate this Court's January 16, 2020 order denying his § 2255 motion to vacate, set aside, or correct his sentence. (ECF No. 386.) However, by the time movant filed the Rule 60(b) motion, this Court was divested of jurisdiction as a result of his notice of appeal. (*See* ECF No. 383.) At this juncture, movant may "ask the district court whether it wishes to entertain the [Rule 60(b)] motion, or to grant it," and then ask the Ninth Circuit to remand the case if the district court is inclined to grant the motion. *Gould v. Mutual Life Ins. Co. of New York*, 790 F.2d 769 (9th Cir. 1986) (quoting *Scott v. Younger*, 739 F.2d 1464, 1466 (9th Cir. 1984)). In this case, however, remand from the Ninth Circuit is not necessary as this Court declines to entertain movant's Rule 60(b) motion. *See* Fed. R. Civ. P. 62.1.

///

///

1

Accordingly, IT IS HEREBY ORDERED that movant's Rule 60(b) motion (ECF No. 386) is DENIED based on lack of jurisdiction.

DATED: January 13, 2021

Troy L. Nunley
United States District Judge

2