BRIAN C. McCOMAS
California SBN 273161
The Law Office of B.C. McComas, LLP
PMB 1605, 77 Van Ness Ave., Ste. 101
San Francisco, CA 94102
Telephone: (415) 814-2465
Facsimile: (415) 520-2310
Email: mccomas.b.c@mccomasllp.com

Attorney for Petitioner- Defendant
JASON DUSHANE

# UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff - Respondent,<br><br>  vs.<br><br>JASON DUSHANE.,<br><br>  Defendant - Petitioner. | Case No.   2:11-cr-00476-TLN-CKD<br><br>**STIPULATION AND ORDER REGARDING BRIEFING SCHEDULE ON DEFENDANT'S MOTION FOR REDUCTION IN SENTENCE AND COMPASSIONATE RELEASE** |

**STIPULATION**

**BACKGROUND**

1.      Defendant Jason Dushane filed a *pro per* motion for reduction in sentence and compassionate release on October 24, 2022. Doc #392. On January 26, 2023, the Court directed the Federal Defender's Office to appoint new counsel. Doc #405. New counsel was directed to inform the Court within 90 days whether they would file a supplement to Defendant's pro se motion or to notify the Court and the government it does not intend to file a supplement. *Ibid.* On January 31, 2023, the undersigned counsel was appointed. Doc #406. This request is submitted to comply with the Court's order.

2. Counsel for petitioner has conferred with his prior counsel and reviewed the docket in this matter. Counsel has requested, but not obtained all records from the BOP as necessary to determine whether supplementation is needed.

3. Counsel for the petitioner seeks a revised briefing schedule. Counsel for the government does not oppose this request. The following proposed stipulation and order are submitted accordingly.

4. Counsel for Dushane will inform the Court by June 19, 2023, whether or not supplemental briefing on Dushane's pro se motion to reduce sentence is necessary comply with the Court's scheduling order by June 19, 2023. To the extent counsel for Dushane decides to submit additional briefing, the Parties will submit an additional stipulation with respect to a briefing schedule.

**IT IS SO STIPULATED:**

DATED: April 19, 2023          DHRUV SHARMA
                               United States Attorney
                               /s/ Dhruv Sharma
                               DHRUV SHARMA
                               Assistant U.S. Attorney

DATED: April 19, 2023          /s/ B.C. McComas
                               BRIAN C. McCOMAS

                               ATTORNEY FOR DEFENDANT
                               JASON DUSHANE

**O R D E R**

**IT IS SO ORDERED** on April 21, 2023.

_____
Troy L. Nunley
United States District Judge